NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 06-207

BRETT LYONS, ET AL.

VERSUS

DEEP SOUTH HELICOPTERS, INC., ET AL.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF ACADIA, NO. 79449-B
HONORABLE JULES DAVID EDWARDS  III, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Elizabeth A. Pickett, and James T. Genovese, Judges.

AFFIRMED.

Melvin Alan Eiden
Rabalais Hanna & Hebert
701 Robley Drive, Suite 210
Lafayette, LA 70503
(337) 981-0309
Counsel for Defendant/Appellee:
Bayou Mallet Gravity Drainage Board

**David J. Meche**
**Chuck D. Granger**
**Granger Law Firm**
**P. O. Drawer 1849**
**Opelousas, LA 70571-1849**
**(337) 948-5000**
**Counsel for Plaintiffs/Appellants:**
**Brett and Erica Lyons**